# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SOLEMAN NOORAZAR,

                Plaintiff,          Case No. 2:10-cv-02079-GMN-GWF

vs.                                      **ORDER**

DARYL KING,

                Defendants.

      This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendant removed this matter to federal court on November 29, 2010. Defendant filed his Answer (#6) on December 1, 2010. The parties were granted a second extension to file the Discovery Plan and Scheduling Order until March 14, 2011. To date, the parties have not complied. Accordingly,

      **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **March 31, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

      DATED this 21st day of March, 2011.

                                        _____
                                        GEORGE FOLEY, JR.
                                        United States Magistrate Judge