# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SOLEMAN NOORAZAR, )
)
                         Plaintiff, )      Case No. 2:10-cv-02079-GMN-GWF
)
vs. )      **ORDER**
)
DARYL KING, *et. al.*, )
                      Defendants. )
_____ )

      This matter is before the Court on the Stipulation and Order to Continue Discovery Deadlines (#22) filed December 12, 2011.  Upon review and consideration,

      **IT IS HEREBY ORDERED** that the Stipulation and Order to Continue Discovery Deadlines (#22) is **denied**.  A discovery conference is scheduled for **Monday, January 30, 2012, at 9:30 a.m.** in Courtroom 3A.

      DATED this 13th day of December, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge