1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SOLEMAN NOORAZAR, )
)
                               Plaintiff, )        Case No. 2:10-cv-02079-GMN-GWF
)
vs. )        **ORDER**
)
DARYL KING, *et. al.*, )
                               Defendants. )
_____ )

This matter is before the Court on the Stipulation and Order to Continue Discovery Deadlines (#22) filed December 12, 2011.  Upon review and consideration,

**IT IS HEREBY ORDERED** that the Stipulation and Order to Continue Discovery Deadlines (#22) is **denied**.  A discovery conference is scheduled for **Monday, January 30, 2012, at 9:30 a.m.** in Courtroom 3A.

DATED this 13th day of December, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge