LAWRENCE E. MITTIN, ESQ.
Nevada Bar #5428
BRADLEY L. KENNY, ESQ.
Nevada Bar #5033
CRAIG P. KENNY & ASSOCIATES
501 S. 8th Street
Las Vegas, NV 89101
Phone: (702) 380-2800
Fax: (702) 307-2108
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| SOLEMAN NOORAZAR,<br><br>    Plaintiff,<br><br>v.<br><br>DARYL KING, and DOES I through V, inclusive,<br><br>    Defendants. | CASE NO. 2:10-cv-02079-GMN-LRL<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the below parties, by and through their respective attorneys of record, that the above-entitled action be dismissed in its entirety with prejudice. Each party to bear their own costs and fees.

DATED this 17 day of January, 2012.   DATED this 30th day of January, 2012.

CRAIG P. KENNY & ASSOCIATES              WILSON, ELSER, MOSKOWITZ,
                                                                            EDELMAN & DICKER, LLP

/s/ Lawrence E. Mittin                                /s/ Reuben H. Cawley

LAWRENCE E. MITTIN, ESQ.                REUBEN H. CAWLEY, ESQ.
Nevada Bar #5428                                     Nevada Bar #9384
501 S. 8th Street                                         300 S. Fourth Street, 11th Floor
Las Vegas, NV 89101                                Las Vegas, NV 89101
Telephone: (702) 380-2800                      Telephone: (702) 727-1400
Facsimile: (702) 380-2833                       Facsimile: (702) 727-1401
Attorney for Plaintiff                                  Attorney for Defendant

IT IS SO ORDERED this 6th day of February, 2012.

_____
Gloria M. Navarro
United States District Judge